Commonwealth ex rel. Hill, Appellant, *v.* Myers.

Submitted September 14, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

368

*Beverly Hill,* appellant, in propria persona.

*Augustine J. Rieffel,* Assistant District Attorney, with him *Domenick Vitullo,* Assistant District Attorney, *Paul M. Chalfin,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 16, 1960:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the memorandum opinion of President Judge SLOANE, as reported in 22 Pa. D. & C. 2d 334.